The People of the State of New York ex rel. Ida Von Clausen v. John J. Hanley, Warden, etc.— Motion denied.   Order to be settled on notice. Present— Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Hermann Cohen v. Edward L. Harper.— Motion denied.   Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Ernest Tribelhorn.— Time extended to February 10, 1914.   Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Max Hotez v. International Mercantile Marine Company.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Emma Schimek v. Michael Bauman.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Benjamin Stein and Others v. Lehigh Valley Railroad Company.— Application denied, with ten dollars costs.   Order signed.   Present— Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Henry Binswhanger v. Edward G. Hewitt and Others.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Malka Marder v. New System Napkin Towel Supply and Steam Laundry Company.— Application denied, with ten dollars costs.   Order signed. Motion for stay denied, with ten dollars costs.   Present —Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Cornelius J. Gallagher v. Golliek & Smith.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.